No. 91–8440. Weaver v. Court of Common Pleas of Franklin County et al. C. A. 3d Cir. Certiorari denied.

No. 91–8441. Tosado v. Klein et al. C. A. 2d Cir. Certiorari denied.

No. 91–8443. Bandstra v. Weisenburger et al. C. A. 9th Cir. Certiorari denied.

No. 91–8448. Caterino v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–8455. Driggins v. Oklahoma City. C. A. 10th Cir. Certiorari denied.

No. 91–8456. De La Cruz v. Ylst, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 91–8458. Lewis v. Lynn et al. C. A. 5th Cir. Certiorari denied.

No. 91–8459. Valdez v. United States. C. A. 2d Cir. Certiorari denied.

No. 91–8460. Valenzuela v. Louisiana. Ct. App. La., 4th Cir. Certiorari denied.

No. 91–8462. Stokes v. United States;
No. 92–5017. Jordan v. United States; and
No. 92–5029. Sivils v. United States. C. A. 6th Cir. Certiorari denied. Reported below: 960 F. 2d 587.

No. 91–8464. Martens v. Kelsay et al. C. A. 11th Cir. Certiorari denied.

No. 91–8466. Ferdik v. McFadden, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 91–8467. Groves v. Runyon, Postmaster General of the United States. C. A. 8th Cir. Certiorari denied.

No. 91–8468. Hunes v. Arkansas. Sup. Ct. Ark. Certiorari denied.